## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Lindenbaum, | ) | CASE NO. 1:19 CV 2863 |
| | ) | |
| Plaintiff(s), | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | NOTICE: |
| | ) | CASE MANAGEMENT CONFERENCE |
| Bolt Energy LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

### SCHEDULING OF CASE MANAGEMENT CONFERENCE

All counsel and/or parties will take notice that the above-entitled action has been set for a

Case Management Conference (CMC) on **February 20, 2020 at 9:15 a.m** before

Judge Donald C. Nugent, Room 15A, Carl B. Stokes U.S. Court House, 801W. Superior Avenue,

Cleveland, Ohio 44113.

### PRESENCE OF LEAD COUNSEL

Lead counsel must be present in person at the CMC..  If the presence of lead counsel will

constitute an undue hardship, a written motion to make other arrangements and excuse the

presence lead counsel must be filed no later than seven (7) days prior to the CMC.

### TRACK ASSIGNMENT

This case is subject to the provisions of Differentiated Case Management (DCM ) as set

forth in the Local Rules of the Northern District of Ohio.  This Court will evaluate this case in

accordance with LR 16.2(a)(1) and assign it to one of the case management tracks.  Each of the

tracks (expedited, standard, complex, mass tort and administrative) has its own set of guidelines

and time lines governing discovery practice, motion practice and trial.

## CONSENT TO JURISDICTION OF MAGISTRATE JUDGE

A Magistrate Judge has been assigned to assist in this case.  The parties are encouraged to discuss and consider consenting to the jurisdiction of the Magistrate Judge.

## PREPARATION FOR CMC BY COUNSEL

Except in government collection cases and actions by unrepresented prisoners, the parties shall meet prior to the CMC to discuss the case and prepare a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).  **The Court places the burden of arranging this meeting on counsel for Plaintiff(s) if originally filed with this Court or, on counsel for Defendant(s) if removed.**

The parties shall, at or within 10 days after the meeting and without awaiting a discovery request, provide the basic information to the other parties specified by Fed. R. Civ. P. 26(a)(1) (initial disclosures), Fed. R. Civ. P. 26(a)(2) (disclosure of expert testimony) and Fed. R. Civ. P. 26(a)(3) (pretrial disclosures) shall also apply in this case.  As part of the planning meeting, counsel must determine whether there will be discovery of electronically stored information (ESI)[E-discovery]. If counsel anticipate any E-discovery, they must decide on a method for conducting such discovery or they must agree to abide by the default standard set forth in Appendix K to the Local Civil Rules.  **A Report of Parties' Planning Meeting under Fed. R. Civ. P. 26(f) and Local Rule 16.3(b), (Parties shall use the attached Form) shall be filed with the Court at least three (3) working days before the CMC.**  Pursuant to Fed. R. Civ. P. 26(d), a party may not seek formal discovery from any source before the parties have met and conferred.

2

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, requests for admission, answers and responses thereto shall not be filed with the Clerk's office, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

Plaintiff(s) shall provide defendant(s) with a written demand to include a description and monetary breakdown of the damages claimed no later than one week prior to the date of the CMC.  Defendant(s) shall respond with an offer no later than the date of the CMC.

It is the responsibility of counsel for the plaintiff(s) to verify that a copy of this Order has been received by counsel for the defendant(s) or, if no counsel has entered an appearance for defendant(s), has been received by defendant(s).

Please Note, effective January 1, 2006, ALL attorneys who practice before this Court are REQUIRED to file electronically pursuant to Local Civil Rule 5.1(c).

Further, any attorney desiring to practice in a case before this Court, whose name has not appeared on an initial pleading or motion, shall enter a written notice of appearance.

### **OTHER DIRECTIVES**

**Parties shall submit a courtesy copy of all  dispositive motions,  oppositions and replies, along with all supporting material to chambers.   No party may file a motion for summary judgment prior to close of discovery without express leave of Court.   All summary judgment arguments shall be made in a single motion. Parties may not file multiple summary judgment motions without express leave of court.**

3

## **RESOLUTION PRIOR TO CMC**

In the event that this case is resolved prior to the CMC, counsel should submit a jointly signed stipulation of settlement or dismissal, or otherwise notify the Court that the same is forthcoming.  IT IS SO ORDERED.

           /s/Donald C. Nugent
          DONALD C. NUGENT
          United States District Judge

DATE: January 24, 2020

ATTACHMENT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| ) | CASE NO. |
| ) |  |
| Plaintiff,                              ) | JUDGE DONALD C. NUGENT |
| ) |  |
| ) |  |
| vs.                                        ) | REPORT OF PARTIES' PLANNING |
| ) | MEETING UNDER FED. R. CIV. |
| ) | P. 26(f) AND LR 16.3(b) |
| ) |  |
| Defendant.                           ) |  |

1.  Pursuant to FED. R. CIV. P. 26(f) and LR 16.3(b), a meeting was held on

_____, and was attended by:

_____ counsel for plaintiff(s)_____

_____ counsel for plaintiff(s) _____

_____ counsel for defendant(s)_____

_____ counsel for defendant(s) _____

2.  The parties:

_____ have exchanged the pre-discovery disclosures required by FED. R. CIV. P.

26(a)(1) and the Court's prior order;

_____ will exchange such disclosures by _____;

3.  The parties recommend the following track:

___ Expedited          ___ Standard          ___ Complex

___ Administrative     ___ Mass Tort

4.      This case is suitable for one or more of the following Alternative Dispute

Resolution (ADR) mechanisms:

___ Early Neutral Evaluation ___ Mediation ___ Arbitration

___ Summary Jury Trial              ___ Summary Bench Trial

___ Case not suitable for ADR

5.  The parties ___do/___do not consent to the jurisdiction of the United States

Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6.  Recommended Discovery Plan:

(a)  Describe the subjects on which discovery is to be sought and the nature and

extent of discovery.

_____

_____

_____

(b) The parties (indicate one):

_____ agree that there will be no discovery of electronically-stored information;

or

_____have agreed to a method for conducting discovery of electronically-stored

information; or

_____have agreed to follow the default standard for discovery of electronically-

stored information (Appendix K to Northern District Ohio Local Rules)

(c)   Non- Expert Discovery cut-off date: _____

(d)   Plaintiff's (or party with the burden of proof on an issue) expert report due

date:_____

Defendant's (or party without the burden of proof on an issue) due

date:_____

Expert Discovery cut-off date:_____

7.  Recommended dispositive motion date: _____

_____

8.  Recommended cut-off date for amending the pleadings and/or adding additional

parties: _____

_____

9.  Recommended date for a Status Hearing: _____

10.  Other matters for the attention of the Court:

_____

_____

_____

_____

Attorney for Plaintiff(s)_____

_____

Attorney for Plaintiff(s)_____

_____

Attorney for Defendant(s)_____

_____

Attorney for Defendant(s)_____

_____