UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERTA LINDENBAUM *individually and on behalf of all others similarly situated* | Case No. 1:19 CV 2863 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| vs. | ORDER OF DISMISSAL |
| BOLT ENERGY LLC, et al., | |
| Defendants. | |

Plaintiff has filed a notice of voluntary dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i), seeking to voluntarily dismiss this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative class. (Doc. #14).

Plaintiff's Complaint is hereby dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative class at the Plaintiff's request.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATE: February 27, 2020